**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LINDA RIOTTO, on behalf of herself and all similarly-situated individuals,**

**Plaintiff,**

**v.** **Case No: 8:17-cv-748-MSS-AEP**

**WELLS FARGO BANK, N.A.,**

**Defendant.**

---

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice, (Dkt. 13) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE.** Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** at Tampa, Florida this 20th day of April, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party